**MAGISTRATE'S CRIMINAL MINUTES**
**COMPLAINT**

DATE: 1/9/23 @ _____

TAPE: FTR @ 11:37

TIME IN COURT: 5 mins

MAGISTRATE JUDGE CATHERINE M. SALINAS          ANGELA SMITH DEPUTY CLERK

CASE NUMBER 1:23-mj-027     DEFENDANT'S NAME Kristopher Kneubuhler

AUSA Theodore Hertzberg     DEFENDANT'S ATTY Steven Bern
                            Type Counsel (circle) (Retained)  CJA   FDP   WAIVED
USPO/PTR _____

✓ Initial appearance hearing held.
___ Interpreter _____ sworn.

## COUNSEL

___ ORDER appointing Federal Defender as counsel for defendant. (___ INITIAL APPEARANCE)
___ ORDER appointing _____ as counsel for defendant.
___ ORDER defendant to pay attorney's fees as follows: _____
___ ORDER giving defendant _____ to employ counsel ( ) Verbal ( ) cc by courtroom deputy

## PRELIMINARY HEARING

✓ Preliminary hearing set/reset/cont to  1/12/23  @  1:15 pm
___ Defendant WAIVES preliminary hearing. _____ WAIVER FILED.
___ Preliminary hearing HELD. _____ Probable cause found; defendant held to District Court.
___ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

✓ Government Motion for Detention filed. Pretrial Detention Hearing set for  1/12/23  @  1:15 p.m
✓ Temporary Commitment issued. Remanded to USM.
___ Bond/Pretrial detention hearing held.
___ Government Motion for detention _____ GRANTED _____ DENIED.
___ Pretrial detention ordered. (Written order to follow _____).
___ BOND set at $ _____ NON SURETY _____ SURETY _____
    _____ cash _____ property _____ corporate surety ONLY
___ SPECIAL CONDITIONS: _____
_____
___ Bond filed, defendant released.
___ Bond not executed, defendant to remain in Marshal's custody.
___ Motion (verbal _____) to reduce/revoke bond hearing held.
___ Motion to reduce/revoke bond _____ GRANTED _____ DENIED

___ SEE PAGE 2