AO 470 (Rev. 8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 09 2023

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN District of GEORGIA

UNITED STATES OF AMERICA

v.

KRISTOPHER KNEUBUHLER
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case   1:23-MJ-027

Upon motion of the __U. S. GOVERNMENT__, it is ORDERED that a detention hearing is set __1/12/23__ * at __1:15 p.m__
     Date                  Time

before __Catherine M. Salinas__
          *Name of Judicial Officer*

__Courtroom 1810, U. S. Courthouse 75 Ted Turner Drive, S.W. Atlanta., GA 30303__
               *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____) and produced for the
          *Other Custodial Official*

Date: __Jan. 9, 2023__                    __Catherine Salinas__
                                              *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.