USMS: 38608-510

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 07 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

cms

UNITED STATES OF AMERICA

v.

Kristopher Kneubuhler

**WARRANT FOR ARREST**
**AGENT TO ARREST**

Case Number: 1:23-MJ-027

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Kristopher Kneubuhler

and bring him or her forthwith to the nearest magistrate judge to answer a COMPLAINT charging him with: receipt and possession of visual depictions of minors engaging in sexually explicit conduct

in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B).

CATHERINE M SALINAS
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*(signature)* Catherine Salinas
Signature of Issuing Officer

January 6, 2023
Atlanta, Georgia
Date and Location

Bail Fixed at $_____    by _____
                                       Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 1/9/23

Date of Arrest: 1/9/23

DUSM YEARWOOD
Name and Title of Arresting Officer

*(signature)*
Signature of Arresting Officer