U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2023R00012)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB -7 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:23CR0047

MAGISTRATE CASE NO.   1:23-MJ-027

X Indictment  
DATE: February 7, 2023

Information  
DATE:

X Magistrate's Complaint  
DATE: January 6, 2023

UNITED STATES OF AMERICA
vs.
KRISTOPHER KNEUBUHLER

SUPERSEDING INDICTMENT  
Prior Case Number:  
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   X Yes   No
Defendant is released on bond from: Northern District of Georgia on January 12, 2023
Will the defendant require an interpreter?   Yes   X No

District Judge:
Magistrate Judge:

Attorney: Theodore S. Hertzberg
Defense Attorney: Steven Paul Berne