ORIGINAL

**U.S. Department of Justice**
United States Attorney

February 6, 2023
Date Submitted

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB -7 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

KRISTOPHER KNEUBUHLER

Indictment/Information

1:23CR0047

February 7, 2023
Date of Indictment

### REQUEST FOR ARRAIGNMENT – Defendant on Bond

Issue Summons to:

Kristopher Kneubuhler
(Name)
4866 Muirwood Drive
Powder Springs, Georgia 30127
(Address)

ATTORNEY FOR DEFENDANT
Steven Paul Berne
(Name)
1441 Dunwoody Village Parkway, Suite 100, Atlanta, Georgia 30338
(Address)

SURETY
Deborah Kneubuhler
(Name)
4866 Muirwood Drive, Powder Springs, Georgia 30127
(Address)

Other defendants previously arraigned (or now set for arr.)

Theodore S. Hertzberg
Assistant U.S. Attorney