

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

February 10, 2023

Courtroom Deputy
U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

> Re: *United States v. Ogletree* (4:18-cr-003)       *United States v. Richiez* (1:22-mj-1042)
> *United States v. Black* (1:22-cr-029)       *United States v. Pierre* (1:23-cr-045)
> *United States v. Carswell* (1:22-cr-118)       *United States v. Kneubuhler* (1:23-cr-047)
> *United States v. Kazmende* (1:22-cr-236)       *United States v. Plunkett* (2:22-cr-043)
> *United States v. Demar* (1:22-cr-389)       *United States v. Bailey* (2:22-cr-048)
> *United States v. Demar* (1:22-cr-404)

Dear Courtroom Deputy:

This letter is to notify the Court pursuant to LCrR 57.1(E)(4), NDGa, I will be out of the office from June 5, 2023 through June 9, 2023.  I respectfully request the Court not schedule any court appearances in the above-referenced matters for those dates.

This letter is intended to supplement any other leave-of-absence notice or notices I have filed in the above-referenced matters.

>                                Sincerely,
>
>                                Ryan K. Buchanan
>                                *United States Attorney*
>
>
>                                /s/ Theodore S. Hertzberg
>                                *Assistant United States Attorney*

cc:  Counsel for Defendants