## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**UNITED STATES OF AMERICA**

**v.**

**KRISTOPHER KNEUBUHLER,**

    **Defendants.**

**CRIMINAL ACTION NO.
1:23-CR-00047-MHC-JEM-1**

## ORDER

The Court sets this briefing schedule for the following pending motion: The Government shall have through and including Monday, July 3, 2023 to file its response to Defendant Kneubuhler's motion to suppress search and seizure, [Doc. 31]. Defendant shall file its reply brief by Monday, July 17, 2023.

**IT IS HEREBY ORDERED** that the period between May 30, 2023, and the date to complete the briefing, July 17, 2023, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED,** this 30th day of May, 2023.

J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE