August 4, 2023

Honorable Judge Mark H Cohen
District Judge, United States District Court
1921 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Honorable Judge J. Elizabeth McBath
Magistrate Judge, United States District Court
2040 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      RE:    United States v. Kristopher Kneubuhler
              Case No. 1:23-cr-00047-MHC-JEM

Dear Judges, Courtroom Deputies and Clerks:

As the attorney for the defendant in the above-referenced matter, I am writing to request a Leave of Absence to add the periods as follows:

- **September 22, 2023 (School Break);**
- **September 25, 2023 through September 29, 2023 (School Break);**
- **October 2, 2023 (School Break);**
- **October 6, 2023 and October 9, 2023 (ABCL Conference);**
- **October 20, 2023 (NACDL Conference & Mandatory Board Meeting);**
- **October 30, 2023 and October 31, 2023 (Personal).**

Please let me know if any additional information is required. Thank you for your consideration in this matter.

Respectfully submitted,

*s/Lawrence J. Zimmerman*
Lawrence J. Zimmerman
Attorney for Defendant
SBN: 785198