IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KRISTOPHER KNEUBUHLER,<br><br>Defendant. | CRIMINAL ACTION FILE<br>1:23-CR-047-MHC-JEM |

## ORDER

The change of plea in the above-styled case has been scheduled for **Tuesday, September 26, 2023, at 11:30 a.m.**, in Courtroom 1905, 19th Floor, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

It is also **ORDERED** that the additional time from August 24, 2023, through September 26, 2023, be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

**IT IS SO ORDERED and DIRECTED**, this the 24th day of August, 2023.

_____
MARK H. COHEN
United States District Judge