IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V ) | CRIMINAL ACTION NUMBER |
| ) | 1:23-cr-00047-MHC-JEM |
| KRISTOPHER KNEUBUHLER, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER MODIFIYING BAIL CONDITIONS TO ALLOW DEFENDANT VISITATION WITH HIS CHILDREN

Defendant Kristopher Kneubuhler has motioned the Court for a modification of his bail conditions to allow for a maximum of six supervised visits with his children prior to his September 26, 2023 guilty plea. The Government has consented to a modification with specific conditions and the Court orders as follows:

Mr. Kneubuhler is only permitted supervised visitation with his children using The Children's Advocate. The Children's Advocate provides off-site supervision allowing parents to visit with children, usually in high conflict family law cases. Defense counsel has spoken with Dr. Arkeria Wright who is the founder and CEO. Dr. Wright has been informed about this matter and her company is willing to provide supervision. Depending on the dates and times of the visitation one of the following supervisors from The Children's Advocate shall be present during the allotted time: Mrs. Jocelyn Gordan-Walker, EdS, Mrs. Tia'nna Carolina, LPN, EdS, Dr. Arkeria Wright. All the supervisors are educators and have the required training for supervising visitation.

These visits are limited to twice a week for three hours at a time. They must occur in a public setting such as a restaurant, park, museum, or someplace similar. All visits shall only occur within the Atlanta Division of the Northern District of Georgia starting no earlier than 8:00 am and ending no later than 8:00 pm. At no time shall the visitation occur in any residence. Prior to visitation, Mr. Kneubuhler must submit in writing to his pretrial officer and The Children's Advocate the dates, times, and place(s) he intends to visit with his children. Once approved by pretrial services, these visits may occur either during the week or on weekends. Mr. Kneubuhler would be authorized to only travel directly to and directly from each visit without intermediate stops or detours and each visit shall be at a fixed location (one place per visit).

All other conditions of bail shall remain in place that are not mentioned in this order. This order shall be provided to Dr. Arkeria Wright so her company understands the parameters of the visitation. At no time shall Mr. Kneubuhler be alone with his children.

So ordered this 13th day of September, 2023.

Presented by:

*s/Lawrence J. Zimmerman*
Lawrence J. Zimmerman
Attorney for Kneubuhler
SBN: 785198

*/s/Steven P. Berne*
Steven P. Berne
Attorney for Kneubuhler
SBN: 055020

_____
The Honorable Catherine M. Salinas
United States Magistrate Judge