IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KRISTOPHER KNEUBUHLER | CRIMINAL ACTION NO.<br><br>1:23-CR-0047-MHC-JEM-1 |

**TO THE ABOVE NAMED DEFENDANT:**

By direction of the Honorable Mark H. Cohen, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Northern District of Georgia, **January 9, 2024**, at **10:00 A.M.** for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom 1905, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303, where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on this above date will result in the forfeiture of your bond.

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900 of the building).

DATE: __September 26, 2023__                              KEVIN P. WEIMER, CLERK

DEFENDANT: _____
             Kristopher Kneubuhler

COUNSEL: _____        BY: _____
          Steven Berne/Lawrence Zimmerman              Lisa Enix
                                                COURTROOM DEPUTY CLERK

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call Lisa Enix, Courtroom Deputy Clerk, at 404-215-1315.

U.S. Attorney                                             AUSA:  Theodore Hertzberg
U.S. Probation
U.S. Marshal
Counsel for Defendant