IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

KRISTOPHER KNEUBUHLER

Criminal Action No.

1:23-CR-00047-MHC-JEM

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Norman L. Barnett herein files notice of his appearance in the above-styled case, and respectfully requests that he be added as counsel of record for the United States for asset forfeiture-related issues.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/ NORMAN L. BARNETT
*Assistant United States Attorney*
Georgia Bar No. 153292
norman.barnett@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*