IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**KRISTOPHER KNEUBUHLER,**<br><br>Defendant. | **CRIMINAL ACTION FILE**<br>**1:23-CR-047-MHC-JEM** |

### ORDER CONTINUING SENTENCING

This matter is before the Court is the Defendant's Unopposed Motion to Continue the Sentencing currently scheduled for January 9, 2024, [Doc. 56].

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the hearing on Defendant's Sentencing is **CONTINUED** until **March 19, 2024, at 1:30 p.m.** in courtroom 1905, Richard B. Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, Georgia, 30303.

It is also **ORDERED** that the additional time from January 9, 2024, through March 19 2024, be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

**IT IS SO ORDERED** this 8th day of January, 2024.

_____
MARK H. COHEN
United States District Judge