IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KRISTOPHER KNEUBUHLER | Case No. 1:23-CR-047-MHC |

### NOTICE OF ENTRY OF APPEARANCE FOR
### RESTITUTION & CRIMINAL MONETARY PENALTY MATTERS

Assistant United States Attorney, Vivieon K. Jones, herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as attorney of record for the Plaintiff, United States of America, regarding matters related to the collection of restitution and criminal monetary penalties.

Respectfully submitted,

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

 /s/Vivieon K. Jones
VIVIEON K. JONES
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 143033
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 581-6073
(404) 581-6167 (FAX)
Emal: Vivieon.jones@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on this day the foregoing Notice of Entry of Appearance, was electronically filed with the United States District Court Clerk using the CM/ECF system, which will automatically send email notification to the attorney(s) of record.

This 31st day of January, 2024.

/s/Viveon K. Jones
VIVIEON K. JONES
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 143033
Email:  Vivieon.jones@usdoj.gov