# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

KRISTOPHER KNEUBUHLER

Case No. 1:23-CR-047-MHC

## NOTICE OF FINANCIAL DEPOSITION OF DEFENDANT

TO:   Kristopher Kneubuhler
c/o Steven Paul Berne
Law Offices of Steven Berne
Suite 100
1441 Dunwoody Village Parkway
Atlanta, GA 30338

and

Lawrence J. Zimmerman
The Law Offices of Lawrence J. Zimmerman
269 Roswell Street, NE
Marietta, GA 30060

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 3015(b), and Federal Rules of Civil Procedure 26 and 30, the undersigned attorney will take the financial deposition of Kristopher Kneubuhler.  The deposition will commence at **11:00 a.m. ET on March 5, 2024** at the Office of the United States Attorney for the Northern District of Georgia, 75 Ted Turner Drive, Ste. 600, Atlanta, Georgia 30303, and will

continue from day to day until completed. The deposition will be recorded stenographically.

Dated: February 2, 2024.

                      RYAN A. BUCHANAN
                      UNITED STATES ATTORNEY

                      */s/ Vivieon K. Jones*
                      Vivieon K. Jones
                      Assistant U.S. Attorney
                      Georgia Bar No. 143033
                      75 Ted Turner Drive SW, Suite 600
                      Atlanta, Georgia 30303
                      Telephone: (404) 581-6312
                      E-mail: vivieon.jones@usdoj.gov

## Certificate of Service

This is to certify that, on February 2, 2024, I have electronically filed the foregoing document using the Court's CM/ECF system, which sent an electronic notice of filing with a link to the document to all parties of record.

                                                      */s/ Vivieon Kelly Jones*