# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

UNITED STATES OF AMERICA

v.

THOMAS HALLMAN, JR.

Case No. 4:17-CR-09-01-HLM

## ORDER
## AMENDING THE JUDGMENT AND COMMITMENT

It appearing to the Court through an inadvertence, the judgement and commitment in the above referenced case omitted a condition of supervised release; therefore, it is

**ORDERED AND ADJUDGED** that the judgment and commitment order be amended to read as follows:

**Special Condition of Supervised Release Number 11:**

The Court directs as a part of supervised release, the defendant may reside in the residence with his daughters, MJH and LMH. While on supervised release, the defendant may reside in the residence with his children as just now directed subject to modification by the Court upon an appropriate motion by the United States Probation Officer supervising the defendant in this case.

The original Judgment in all other respects shall remain in full force and effect. Further, the Clerk is directed to deliver a certified copy of this Order to the appropriate parties.

**SO ORDERED,** this the 27th day of September 2017.

_____
HAROLD L. MURPHY
SENIOR UNITED STATES DISTRICT JUDGE