

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:23-CR-047-MHC |
| KRISTOPHER KNEUBUHLER, | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHALS SERVICE AND BULLSEYE AUCTION & APPRAISAL:

On April 10, 2024, this Court entered a criminal judgment against defendant, Kristopher Kneubuhler imposing criminal monetary penalties including assessments in the amount of $15,100.00, and restitution in the amount of $20,500.00, plus statutory interest pursuant to 18 U.S.C. § 3612. As of April 12, 2024, the judgment balance is $36,500.00.

THE UNITED STATES MARSHALS SERVICE IS COMMANDED AND AUTHORIZED to enter 300 Anchorage Place, Roswell, GA 30076 (the "Residential Property") for the purpose levying, securing, inspecting, inventorying, photographing and delivering possession of the pinball machines belonging to defendant or in which the defendant has a substantial nonexempt interest to Bullseye Auction & Appraisal. Bullseye Auction & Appraisal is

5

expressly authorized to (i) accompany the United States Marshals Service at the time of levy to take possession of the pinball machines as substitute custodian and (ii) transport and store the pinball machines until a sale may be effectuated.

NOW, THEREFORE, THE UNITED STATES MARSHALS SERVICE IS HEREBY COMMANDED AND AUTHORIZED to satisfy the judgment by levying on and seizing the following property in which the defendant has a substantial nonexempt interest: nineteen (19) pinball machines, as modified by the following specific instructions:

i. The United States Marshals Service may levy on the pinball machines by affixing a copy of the writ and notice of levy in a conspicuous place on one or more of the pinball machines describing in the notice of levy the property by quantity and with sufficient detail to identify the property levied on.

ii. The aforementioned pinball machines should be immediately seized by the United States Marshals Service and turned over to the United States of America's designee, Bullseye Auction & Appraisal, which will take custody, store, and advertise all subject property for sale.

THE UNITED STATES MARSHALS SERVICE IS AUTHORIZED AND DIRECTED to use reasonable force to gain entry into the Residential Property, including breaking any locks on gates and/or doors on the Residential Property.

Furthermore, the United States Marshals Service is authorized and directed to take all necessary actions, including, but not limited to, the use of reasonable force for the stated purpose and to arrest any and all persons who obstruct, interfere, or attempt to interfere in any way with the execution of this Writ.

Date: **APR 1 2 2024**

KEVIN P. WEIMER
CLERK, U.S. DISTRICT COURT

BY: _____
Deputy Clerk

7

## U.S. Marshals Service Return of Writ of Execution

| DATE RECEIVED BY MARSHAL | TIME RECEIVED |
|---|---|
|  |  |

| PROPERTY SEIZED OR FROZEN PURSUANT TO LEVY: ||
|---|---|
|  |  |

| DATE OF LEVY | FEES, COSTS, AND EXPENSES |
|---|---|
|  |  |

The writ was received and executed:

| U.S. MARSHAL | (BY) DEPUTY U.S. MARSHAL |
|---|---|
|  |  |